THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE JARKA CORPORATION, Appellant.— Judgment rendered by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of subdivision 1 of section 11 of the Vehicle and Traffic Law (failing to register a motor vehicle operated on the public highway), unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KENNEDY, Appellant.— Judgment rendered by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant

of a violation of subdivision 4 of section 11 of the Vehicle and Traffic Law (operating an unregistered motor vehicle on the public highway), unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.